OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015

**WALTON, JIMMIE LEE    Tr. Ct. No. W13-56553-S (B)                WR-29,198-23**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



JIMMIE LEE WALTON
MICHAEL UNIT - TDC # 1482003
P. O. BOX 4500
TENNESSEE COLONY, TX 75886

U T F

